Michael HUBER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61113.

Missouri Court of Appeals,
Western District.

Jan. 31, 2003.

Amy M. Bartholow, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Mr. Michael Huber appeals the denial of his motion for postconviction relief. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.14(b).

STATE of Missouri, Respondent,

v.

Mark Michael JONES, Appellant.

No. WD 61135.

Missouri Court of Appeals,
Western District.

Feb. 4, 2003.

Irene C. Karns, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and RONALD R. HOLLIGER, Judge.

## *ORDER*

PER CURIAM.

Mark Jones appeals from his conviction of stealing, § 570.030. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).